

Direct Dial: (212) 894-6863
Direct Fax:  (212) 370-4453
asurcouf@condonlaw.com

January 5, 2024

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: A.A. and P.A. on behalf of his Infant Daughter N.A., v. Delta Air Lines, Inc.,
Case No. 23-cv-5591-NGG-SJB
C/F Ref: 10547

Dear Judge Garaufis:

We are attorneys for Defendant Delta Air Lines, Inc. in the above-referenced action and together with Plaintiffs respectfully submit this joint letter pursuant to the Court's Order dated December 6, 2023.

As previously reported, the parties reached a settlement agreement following mediation. However, we are still in the process of finalizing settlement documents.  Accordingly, we respectfully request that the Court direct the parties to submit a further status report and/or stipulation of discontinuance on or before February 5, 2023.

Respectfully submitted,

*[signature]*

Allison M. Surcouf, Esq. (AS 8639)
*Attorneys for Defendant*
*Delta Air Lines, Inc.*