UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

A.A. and P.A. on behalf of his Infant Daughter N.A.,

                                        Plaintiffs,          **STIPULATION AND ORDER OF
                                                             DISMISSAL PURSUANT TO
          - against -                                        F.R.C.P. 41(a)(1)(A)(ii)**

DELTA AIR LINES, INC.,                                       Case No: 23-cv-5591

                                        Defendant.

------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel
that the above-entitled action is hereby dismissed with prejudice with each side paying its own
costs and that an order may be entered by the Clerk of the Court to that effect.

Dated: January ___, 2024
    New York, New York


BRUSTEIN LAW PLLC                          CONDON & FORSYTH LLP

By: _____             By: _____
    Evan Brustein, Esq.                      Allison Surcouf
    evan@brusteinlaw.com                     asurcouf@condonlaw.com
299 Broadway, 17th Floor                   7 Times Square
New York, New York 10007                   New York, New York 10036
(212) 233-3900                             (212) 490-9100

*Attorneys for Plaintiffs*                 *Attorneys for Defendant*
A.A., P.A. on behalf of his Infant         DELTA AIR LINES, INC.
N.A.


SO ORDERED:


_____
Hon. Sanket J. Bulsara
U.S. Magistrate Judge