UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

A.A. and P.A. on behalf of his Infant Daughter N.A.,

                Plaintiffs,       STIPULATION AND ORDER OF
                                                              DISMISSAL PURSUANT TO
- against -                                 F.R.C.P. 41(a)(1)(A)(ii)

DELTA AIR LINES, INC.,                        Case No: 23-cv-5591

                Defendant.

----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the above-entitled action is hereby dismissed with prejudice with each side paying its own costs and that an order may be entered by the Clerk of the Court to that effect.

Dated: January ___, 2024
       New York, New York


BRUSTEIN LAW, PLLC                  CONDON & FORSYTH LLP

By: _____            By: _____
    Evan Brustein, Esq.                        Allison Surcouf
    evan@brusteinlaw.com                 asurcouf@condonlaw.com
299 Broadway, 17th Floor            7 Times Square
New York, New York 10007           New York, New York 10036
(212) 233-3900                                  (212) 490-9100

*Attorneys for Plaintiffs*                   *Attorneys for Defendant*
A.A., P.A. on behalf of his Infant      DELTA AIR LINES, INC.
N.A.


SO ORDERED:


  s/Nicholas G. Garaufis, U.S. District Judge
~~Hon. Sanket J. Bulsara~~
~~U.S. Magistrate Judge~~